## ALLEN UNGER *v.* BRUCE PILEGGI

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 927 (AC 14216), is denied.

*Joseph Dimyan,* in support of the petition.

*Cheryl Ann Gordon,* in opposition.

Decided January 17, 1996

## STATE OF CONNECTICUT *v.* ROGER GODFREY

The appeal by the state of Connecticut (SC 15329) following this court's granting of certification, *State* v. *Godfrey,* 235 Conn. 923, is dismissed as moot because of the death of the defendant.

Decided January 29, 1996

## HOME SAVINGS OF AMERICA, F.A. *v.* ROCCO ACERBO

The defendant's petition for certification for appeal from the Appellate Court (AC 15221) is denied.

*Rocco Acerbo,* pro se, in support of the petition.

*Elizabeth Tyler Grove,* in opposition.

Decided January 29, 1996

## DARNELL TATEM *v.* COMMISSIONER OF CORRECTION

The petitioner Darnell Tatem's petition for certification for appeal from the Appellate Court, 39 Conn. App. 813 (AC 14236), is denied.